| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McKinney, Larry J. | 2. Court or Organization<br><br>U.S. District Court, Southern District of Indiana | 3. Date of Report<br><br>04/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, Article III, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>361 Birch Bayh Federal Building and United States Courthouse<br>46 East Ohio Street<br>Indianapolis, IN 46204 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978-1987 | Indiana Judicial Retirement System - No control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKinney, Larry J. | 04/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2014 | Indiana Judicial Retirement System - Pension | $35,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Mortgage - Staten Island, New York - Condominium | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab IRA #1 (Y) | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. State Farm Life Insurance Policy #1 - Cash Value | A | Interest | J | T | | | | | |
| 4. State Farm Life Insurance Policy #2 - Cash Value | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. St. Joseph County, IN Farm - ▮ | A | Rent | M | W | | | | | |
| 7. | | | | | | | | | |
| 8. Huntington TOD Account #1 (H) | D | Dividend | M | T | | | | | |
| 9. -Huntngton Money Market (HFIXX) | A | Dividend | J | T | | | | | |
| 10. -Van Kampen Unit Trs Unit 1269 Closed End Strat Fund | D | Dividend | L | T | | | | | |
| 11. -Build Amer Bds Income Tr Unit ▮ | C | Dividend | L | T | | | | | |
| 12. -Invesco Unit Trs Unit 1305 ETF ▮ | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. Schwab IRA #2 (Y) | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. Schwab Joint Account (H) | | | | | | | | | |
| 17. -PIMCO Total Return fund (PTTDX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Schwab Muni Money Fd (SWXXX) | A | Dividend | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. Salin Bank Premier Interest Checking | A | Interest | M | T | | | | | |
| 21. | | | | | | | | | |
| 22. Staten Island, New York - Condominium | | None | N | W | | | | | |
| 23. | | | | | | | | | |
| 24. Sovereign Bank Account | A | Interest | J | T | | | | | |
| 25. | | | | | | | | | |
| 26. Ameritas Life Ins Policy - Cash Value | A | Interest | | | Redeemed | 07/28/14 | J | | |
| 27. | | | | | | | | | |
| 28. Huntington Hartford Retirement Account #1 (H) | D | Interest | N | T | | | | | |
| 29. -Htfd Index HLS | | | M | T | | | | | |
| 30. -Htfd Port Diversifier HLS | | | M | T | | | | | |
| 31. | | | | | | | | | |
| 32. Huntington Hartford Retirement Account #2 (H) | D | Interest | M | T | | | | | |
| 33. -Htfd Index HLS | | | M | T | | | | | |
| 34. -Htfd Port Diversifier HLS | | | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Franklin College Defined Contribution Retirement Plan (H) | C | Dividend | K | T | | | | | |
| 37. -CREF | | | J | T | | | | | |
| 38. -T-C Lifecyc1 2010-Rtmt | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.) Part II - Indiana state pension for eight and a half years on the state bench from January 1978 to July 1987.

2.) Part III - Indiana state pension amount.

3.) Part VII, line 1 - This IRA was closed in March 2013; the assets were tranferred to Huntington Hartford Retirement Account #1 listed at lines 28 through 30.

4.) Part VII, lines 3 and 4 - (Part VII, Lines 17 and18 on the 2013 Report) Insurance policies that I own on each of my two grandchildren. The premiums have been prepaid for both. The value indicated is the cash value.

5.) Part VII, line 6 - The most appropriate code for farm income is rent. This income represents shared income after expenses with the farmer.

6.) Part VII, line 4 - This IRA was rolled over in March 2013 and the assets transferred to Huntington Hartford Retirement Account #2, listed at lines 32 through 34.

7.) Part VII, line 26 - (Part VII, Line 58 on the 2013 Report) Life insurance policy that my wife owned on me that was redeemed on July 28, 2014. Amount indicated is the cash value.

8.) Part VII, lines 28 through 30 - As previously disclosed in number 3.) above, this account received assets from the closed Schwab IRA reported at line 1. The income during the reporting period is most accurately reported for the entire account.

9.) Part VII, lines 32 through 34 - As previously disclosed in number 6.) above, this account received funds rolled over from the IRA reported at Part VII, line 4. The income during the reporting period is most accurately reported for the entire account.

10.) Part VII, lines 36 through 38 - M        employer's pension/retirement plan account. The total gain for the two funds, the CREF Annuity and the T-C Lifecycle 2010-Rtmt, is reported to most accurately reflect the change in value of this pension/retirement plan.

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 04/30/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Larry J. McKinney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544